# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:12-CR-091 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| FREMO SANTANA, | : | |
| a/k/a Manuel Gierbolini, | : | |
| ZENAIDA ARROYO, | : | |
| EDUARDO MARTINEZ, | : | |
| RAMON SERRANO-APONTE, | : | |
| HARRY ORTIZ, | : | |
| LUIS LOPEZ-MELENDEZ, | : | |
| a/k/a Bolo, | : | |
| ANGEL CRUZ, | : | |
| JORGE SAN MIGUEL, | : | |
| JOSE CRUZ, | : | |
| JEROME BRUNSON, | : | |
| a/k/a Lock, | : | |
| CHRYSTAL BRUNSON, | : | |
| THOMAS DAVENPORT, | : | |
| a/k/a Buddah, | : | |
| HEIDI FISHER, | : | |
| DWAYNE HARMON, | : | |
| a/k/a Weeze, | : | |
| RALPH HOWELL, | : | |
| EDDIE RODRIGUEZ-MELENDEZ, | : | |
| a/k/a Pito, a/k/a Peto, | : | |
| ANGEL DEJESUS, | : | |
| a/k/a Cuba, | : | |
| RICHARD SIMS, | : | |
| EDWIN PUGLIA, | : | |
| **Defendants** | : | |

## **O R D E R**

AND NOW, this 3rd day of December, 2012 upon consideration of the government's Motion to Correct Indictment (Doc. 396), and the court noting the lack of any opposition thereto, it is hereby ORDERED that the penalty statute cited

be amended from Title 21, United States Code, Section 841(b)(1)(A)(ii) to Title 21, United States Code, Section 841(b)(1)(C).

                                             <u>S/ Christopher C. Conner</u>
                                             CHRISTOPHER C. CONNER
                                             United States District Judge